**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,     :   No. 26 WAL 2022

Respondent               :

                                  :   Petition for Allowance of Appeal

                                  :   from the Order of the Superior Court

v.                        :

                                  :

STEVEN ROY FYOCK,            :

                                  :

Petitioner                :

## <u>ORDER</u>

**PER CURIAM**

       **AND NOW**, this 24th day of May, 2022, the Petition for Allowance of Appeal is **DENIED**.